UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-11793-SRM-MAR                                          Date: June 22, 2026

Title:      *Gabriel Simmons v. St Franics Medical Medical Center*

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Erica Valencia | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On November 13, 2025 Plaintiff, a federal prisoner, proceeding pro se, constructively filed[1] this Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C § 1983.  ECF Docket No. ("Dkt.") 1.   Plaintiff filed a "Request to Waive Court Fees" but did not file file a Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P).  See Dkts. 2, 4.  On January 13, 2026, the Court issued a notice on the docket indicating:

> The Court is in receipt of Plaintiff's "Request to Waive Court Fees" (Dkt. 2), which appears to include documents related to state court proceedings. To the extent Plaintiff seeks to proceed in this Court without prepayment of filing fees, he must file form CV-60P no later than February 13, 2026. Failure to file a completed form, or to pay the required filing fee, may result in the dismissal of this action.

> Dkt. 4.  Additionally, the Court sent Dkt. 4 and Form CV60-P to Plaintiff.

To date, Plaintiff has not paid the filing fee or filed the appropriate forms to proceed in forma pauperis.

---

[1] Under the "mailbox rule," when a pro se inmate gives prison authorities a pleading to mail to court, the court deems the pleading constructively "filed" on the date it is signed.  Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010) (citation omitted); Douglas v. Noelle, 567 F.3d 1103, 1107 (9th Cir. 2009) (stating the "mailbox rule applies to § 1983 suits filed by pro se prisoners").

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-11793-SRM-MAR                                  Date: June 22, 2026

Title:        *Gabriel Simmons v. St Franics Medical Medical Center*

Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order why this action should not be dismissed under Rule 41(b) for failure to prosecute.  <u>See</u> Fed. R. Civ. P. 41(b).

**Failure to either (1) pay the filing fee or (2) file form CV-60P or (3) request an extension to file CV-60P, by July 9, 2026, will result in the dismissal of the action.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | ev |