JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gabriel Simmons<br><br>Plaintiff(s)/Petitioner(s)<br><br>v.<br><br>St Franics Medical Medical Center<br><br>Defendant(s)/Respondent(s) | Case No. 2:25-cv-11793-SRM-MAR<br><br>**ORDER RE: REPORT AND RECOMMENDATION ON REQUEST TO PROCEED *IN FORMA PAUPERIS***<br><br>CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

- [x] accepts the findings, conclusions and recommendations of the Magistrate Judge.
- [ ] rejects the findings, conclusions and recommendations of the Magistrate Judge.
- [ ] , the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

- [ ] **DENIED**. Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.
- [x] **DENIED**. This case is DISMISSED [ ] with prejudice. [x] without prejudice. **(JS-6).**
- [ ] **DENIED**, with leave to amend [ ] the IFP application [ ] the complaint/petition within 30 days. If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.
- [ ] **GRANTED**.
- [ ] **GRANTED**. **IT IS FURTHER ORDERED that:**
  In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.
- [ ] **GRANTED;**
  - [ ] the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
  - [ ] the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

[ ] Other:

Dated: August 10, 2026

By: [signature]
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE